UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES MATSON, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, ATI TECHNOLOGIES, INC. and ADVANCED MICRO DEVICES,<br><br>Defendants. | Case No. 06-CA-12286-DPW<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Defendant Nvidia Corporation ("Nvidia") hereby makes the disclosures required by Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts:

Parent Corporation:  None

Publicly-held companies owning more than 10% of Nvidia's stock:  None.

**NVIDIA CORPORATION**

By its attorneys,

/s/ Sarah P. Kelly
Kathryn Conde (BBO # 634647)
Sarah P. Kelly (BBO #664267)
NUTTER, McCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated:  January 19, 2007

1.

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 19, 2007.

Dated: January 19, 2007        /s/ Sarah P. Kelly
                 Sarah P. Kelly

1597688.1

2.