**FURTH LEHMANN & GRANT LLP**
ATTORNEYS AT LAW

225 BUSH STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-4249
TELEPHONE (415) 433-2070
FACSIMILE (415) 982-2076
www.furth.com

SONOMA COUNTY OFFICE
10300 CHALK HILL ROAD
HEALDSBURG, CA 95448
TELEPHONE (707) 838-4379
FACSIMILE (707) 838-9685

FILED
CLERKS OFFICE
'07 JAN 22 P 3:22
U.S. DISTRICT COURT
DISTRICT OF MASS

January 19, 2007

VIA FEDERAL EXPRESS

Jeffrey N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004
Telephone: (202) 502-2800

Re: In Re Graphics Processing Units Antitrust Litigation; MDL 1826

Dear Mr. Lüthi:

On behalf of Certain Northern District of California Plaintiffs, I have enclosed for filing the original and four copies of the following:

- Plaintiffs Henry Truong, Trong Nguyen, Judd Eliasoph, And Stephanie Truong's Reply Memorandum in Support of Motion For Transfer And Consolidation Of Related Antitrust Actions To The Northern District Of California Pursuant To 28 U.S.C. § 1407

I also have enclosed one computer disk containing the brief listed above exclusive of non-computer-generated exhibits.

I also have enclosed an original Proof of Service.

I also have enclosed one extra copy (the fifth) of each the filing listed above. Kindly file-stamp and return the extra copy to me in the enclosed self-addressed, stamped envelope.

Thank you for your assistance.

Sincerely,

Jon T. King

Enclosures.

76736.1