**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE GRAPHICS PROCESSING UNITS  :            MDL DOCKET No. 1826
ANTITRUST LITIGATION                       :

## PLAINTIFFS HENRY TRUONG, TRONG NGUYEN, JUDD ELIASOPH, AND STEPHANIE TRUONG'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ANTITRUST ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §1407

Plaintiffs Henry Truong, Trong Nguyen, Judd Eliasoph, and Stephanie Truong

(collectively, the "Certain Northern District of California Plaintiffs"), submit this reply memorandum in

further support of their motion for transfer and consolidation of related antitrust actions to the Northern

District of California pursuant to 28 U.S.C. §1407 (the "Motion").

As of January 18, 2007, there are 22 included and potential tag-along actions that

should be centralized by the Panel: 14 in the Northern District of California, six in the Central District

of California, one in the Western District of Wisconsin and one in the District of Massachusetts. No

one seeks transfer to the latter two districts; the Motion and various responses deal only with the former

two. Two summary charts of all actions are attached hereto as Exhibit 1.

- 1 -

In their response to the Motion, the defendants in the underlying actions—ATI Technologies, Inc., Advanced Micro Devices, Inc., and Nvidia Corporation (collectively, "Defendants")—all support the Northern District of California as a proposed transferee forum. However, Defendants specifically request transfer of the cases to the Honorable Ronald M. Whyte in the San Jose Division. Alternatively, Defendants propose as a transferee judge the Honorable Vaughn R. Walker, the Chief Judge of the Northern District of California, who sits in the San Francisco Division. Those requests should be rejected for several reasons.

First, *none* of the 22 included and potential tag-along actions are assigned to either Judge Whyte or Chief Judge Walker. While both are esteemed and accomplished jurists, there is no basis for countenancing Defendants' proposal of judges that have no connection whatsoever with the underlying cases.

Second, the San Jose Division is not an appropriate choice for this particular proceeding due to its number of MDL proceedings per judgeship. As Defendants acknowledge at page eight of their response, six MDL proceedings are already pending in the San Jose Division, including two before Judge Whyte: *In re Cygnus Telecommunications Technology, LLC, Patent Litigation* (MDL No. 1423) and *In re Apple iPod nano Products Liability Litigation* (MDL No. 1754). There are only two other judges sitting in the San Jose Division; consequently, there already are two MDL proceedings per judgeship in that division.

Defendants' alternative choice of Chief Judge Walker also is not appropriate because, in addition to his not insubstantial duties as Chief Judge, he also is already handling two current MDL proceedings: *In re Deep Vein Thrombosis Litigation* (MDL No. 1606) and *In re National Security Agency Telecommunications Records Litigation* (MDL No. 1791). In addition, Chief Judge Walker

is scheduled to be presiding over a trial in another nationwide price-fixing antitrust case during the first half of this year: *In re Tableware Antitrust Litigation*, Master File No. C-04-3514 VRW.

With respect to the cases currently pending in the Northern District of California, the Honorable Martin J. Jenkins is assigned to three actions: *Stephanie Truong v. Nvidia Corp., et al.*, Case No. 3:06-cv-07451; *Johnson v. Nvidia Corp., et al.*, Case No. 3:06-cv-07712; and *Jacobs v. Nvidia Corp., et al.*, Case No. 3:07-cv-00302. Judge Jenkins is only assigned to one current MDL proceeding, *In re Rubber Chemicals Antitrust Litigation* (MDL No. 1648), which the undersigned understands to be nearing completion. Judge Jenkins, due to his expertise in nationwide class action litigation involving horizontal price-fixing claims, would be an excellent choice as transferee judge in the present litigation.

If the Panel is not inclined to transfer the cases to the Northern District of California, the Certain Northern District of California Plaintiffs support the Central District of California as an alternative transferee forum. In the Central District of California, the first-filed case—*Schindelheim v. Advanced Micro Devices, Inc., et al.*, Case No. 2:06-cv-07803 MRP—was originally assigned to the Hon. Gary A. Feess. But on January 10 and 11th, both Judge Feess and Senior Judge Mariana A. Pfaelzer signed an Order Transferring Action Under Section 3.1 of General Order 224, which assigned the action to Judge Pfaelzer for all further proceedings. *See* Exh. 2.

Subsequently, by way of other orders in related actions, Judge Pfaelzer consented to the transfer of four additional cases: *Smith v. Nvidia Corp., et al.*, Case No. 2:06-cv-08183 MRP; *Tomaino v. Nvidia Corp., et al.*, Case No. 2:06-cv-07964 MRP; *Holtzman v. Advanced Micro Devices, Inc., et al.*, Case No. 2:06-cv-08117 MRP; and *Klebs v. Nvidia Corp., et al.*, Case

- 3 -

No. 2:07-cv-00192 MRP ("*Klebs*"). See Exhs. 3-6.[1] Thus, five of the six cases currently pending in the Central District of California are assigned to her.

Senior Judge Pfaelzer also has one pending MDL proceeding assigned to her, *In re Paxil Products Liability Litigation* (MDL No. 1574). She is also presiding over the consolidated customer class actions in the pulse oximetry antitrust litigation *(Allied Orthopedic Appliances v. Tyco Health Care Group, L.P.*, Master File No. CV-05-6419 MRP), as well as the associated competitor case *(Masimo Corp. v. Tyco Health Care Group, L.P.*, No. CV-02-4770 MRP). If the Panel finds it appropriate to transfer the cases to the Central District of California and if she is amenable to accepting these cases given her current workload, Senior Judge Pfaelzer would be an appropriate choice as transferee judge based upon her obvious judicial experience and expertise.

Dated: January 19, 2007            Respectfully submitted,

By:

Michael P. Lehmann
Thomas P. Dove
Jon T. King
FURTH LEHMANN & GRANT LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:    (415) 433-2070
Facsimile:    (415) 982-2076

---

[1]    As of the time of this brief's preparation, the transfer Order in *Klebs* was not available online; however, Exh. 6 is a printout of the docket that reflects the Order.

Michael D. Hausfeld
Richard A. Koffman
Kathleen M. Konopka
Reena Gambhir
COHEN MILSTEIN HAUSFELD
    & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20008
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Attorneys for the Certain Northern District
of California Plaintiffs

# EXHIBIT 1

**IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION**
(MDL DOCKET NO. 1826)

## Antitrust Plaintiffs as of 1/19/07 (total: 22 cases)

### Central District of California
1   Bryan Schindelheim (12/8/06)
2   Woodrow Clark (12/14/06)
3   Jennifer Tomaino (12/14/06)
4   Alan Holtzman (12/19/06)
5   Paul Smith (12/26/06)
6   Chad Klebs (1/8/07)

### Northern District of California
1   Henry Truong (12/4/06)
2   Trong Nguyen (12/4/06)
3   Judd Eliasoph (12/5/06)
4   Stephanie Truong (12/5/06)
5   Rhonda Aldrich (12/6/06)
6   Justus Austin (12/7/06)
7   Karol Juskiewicz (12/8/06)
8   Kathryn Saunders (12/13/06)
9   Vincent Andella (12/15/06)
10  Brett M. Johnson (12/15/06)
11  Elie Mizrahi (12/20/06)
12  Daniel Perkel (1/5/07)
13  Joseph Clofine, Heather Daughtrey, Ronald Herold, Marilyn Nasta, and Merle Carey (1/10/07)
14  Roy Jacobs (1/17/07)

### District of Massachusetts
1   James Matson (12/22/06)

### Western District of Wisconsin
1   Scott Martin (12/22/06)

# IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION
## (MDL DOCKET NO. 1826)

## Graphics Antitrust Cases as of 1/19/07
### *Sorted by Filing Date*

| | District | Plaintiff(s) | Case No. | Date Filed | Judge(s) |
|---|---|---|---|---|---|
| 1 | Northern District of California | Henry Truong, on behalf of himself and all others similarly situated | 3:06-cv-07417 | 12/4/06 | William H. Alsup |
| 2 | Northern District of California | Trong Nguyen, on behalf of himself and all others similarly situated | 3:06-cv-07418 | 12/4/06 | Elizabeth D. Laporte |
| 3 | Northern District of California | Judd Eliasoph, on behalf of himself and all others similarly situated | 3:06-cv-07449 | 12/5/06 | Samuel Conti |
| 4 | Northern District of California | Stephanie Truong, on behalf of himself and all others similarly situated | 3:06-cv-07451 | 12/5/06 | Martin J. Jenkins |
| 5 | Northern District of California | Rhonda Aldrich, individually and on behalf of all others similarly situated | 3:06-cv-07494 | 12/6/06 | Samuel Conti |
| 6 | Northern District of California | Justus Austin, individually and on behalf of all others similarly situated | 3:06-cv-07526 | 12/7/06 | William H. Alsup |
| 7 | Northern District of California | Karol Juskiewicz, on behalf of himself and all others similarly situated | 4:06-cv-07553 | 12/8/06 | Claudia Wilken |
| 8 | Central District of California | Bryan Schindelheim, on behalf of himself and all others similarly situated | 2:06-cv-07803 | 12/8/06 | Mariana R. Pfaelzer (ref. to Mag. Judge Jacqueline Chooljian) |
| 9 | Northern District of California | Kathryn Saunders, on behalf of herself and all others similarly situated | 3:06-cv-07635 | 12/13/06 | William H. Alsup |
| 10 | Central District of California | Woodrow Clark, on behalf of himself and all others similarly situated | 2:06-cv-07954 | 12/14/06 | Mariana R. Pfaelzer (ref. to Mag. Judge Jacqueline Chooljian) |
| 11 | Central District of California | Jennifer Tomaino, on behalf of herself and all others similarly situated | 2:06-cv-07964 | 12/14/06 | Mariana R. Pfaelzer (ref. to Mag. Judge Jacqueline Chooljian) |
| 12 | Northern District of California | Vincent Andella, on behalf of himself and all others similarly situated | 3:06-cv-07710 | 12/15/06 | William H. Alsup |
| 13 | Northern District of California | Brett M. Johnson, on behalf of himself and all others similarly situated | 3:06-cv-07712 | 12/15/06 | Martin J. Jenkins |

| | District | Plaintiff(s) | Case No. | Date Filed | Judge(s) |
|---|---|---|---|---|---|
| 14 | Central District of California | Aian Holtzman, on behalf of himself and all others similarly situated | 2:06-cv-08117 | 12/19/06 | Mariana R. Pfaelzer (ref. to Mag. Judge Jacqueline Chooljian) |
| 15 | Northern District of California | Elie Mizrahi, individually and on behalf of all others similarly situated | 3:06-cv-07808 | 12/20/06 | Jeffrey S. White |
| 16 | District of Massachusetts | James Matson, on behalf of himself and all others similarly situated | 1:06-cv-12286 | 12/22/06 | Douglas P. Woodlock |
| 17 | Western District of Wisconsin | Scott Martin, individually and on behalf of all others similarly situated | 06-cv-0755 | 12/22/06 | Barbara B. Crabb |
| 18 | Central District of California | Paul Smith, on behalf of himself and all others similarly situated | 2:06-cv-08183 | 12/26/06 | Mariana R. Pfaelzer (ref. to Mag. Judge Jacqueline Chooljian) |
| 19 | Northern District of California | Daniel Perkel, on behalf of himself and all others similarly situated | 4:07-cv-00085 | 1/5/07 | Claudia Wilken |
| 20 | Central District of California | Chad Klebs, on behalf of himself and all others similarly situated | 2:07-cv-00192 | 1/8/07 | Percy Anderson (ref. to Mag. Judge Judge Suzanne H. Segal) |
| 21 | Northern District of California | Joseph Clofine, Heather Daughtrey, Ronald Herold, Marilyn Nasta, and Merle Carey, on behalf of themselves and all others similarly situated | 3:07-cv-00191 | 1/10/07 | Mag. Judge James Larson |
| 22 | Northern District of California | Roy Jacobs, on behalf of himself and all others similarly situated | 3:07-cv-00302 | 1/17/07 | Martin J. Jenkins |

# EXHIBIT 2

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 1 2007

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN SCHINDELHEIM, | CASE NUMBER |
| PLAINTIFF(S), | CV 06-7803-GAF |
| v. | |
| ADVANCED MICRO DEVICES, INC., et al., | ORDER TRANSFERRING ACTION UNDER SECTION 3.1 OF GENERAL ORDER 224 |
| DEFENDANT(S). | |

Pursuant to Section 3.1 of General Order 224,

IT IS HEREBY ORDERED that the above-entitled action be transferred to the calendar of Senior Judge MARIANA R. PFAELZER for all further proceedings.

Dated: _January 11, 2007_

Senior Judge Mariana R. Pfaelzer
United States District Court

Dated: _January 10, 2007_

Judge Gary Allen Feess
United States District Court

NOTICE TO COUNSEL FROM CLERK:

On all documents subsequently filed in this case, please substitute the initials _MRP_ after the case number, so that the case numbers will read _CV 06-7803-MRP_. This is very important because documents are routed to the assigned Judge by means of these initials.

G-6 (6/98)         ORDER TRANSFERRING ACTION UNDER SECTION 3.1 OF GENERAL ORDER 224
ENTERED ON CM _1/11/07_

# EXHIBIT 3

Case 2:06-cv-08183-MRP-JC    Document 7    Filed 01/11/2007    Page 1 of 1

```
                                                    FILED
                                           CLERK, U.S. DISTRICT COURT

                                              JAN | 1 2007

                                           CENTRAL DISTRICT OF CALIFORNIA
                                           BY                    DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| PAUL SMITH, | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CV 06-8183-GAF |
| v. | |
| NVIDIA CORP., et al., | ORDER TRANSFERRING ACTION UNDER SECTION 3.1 OF GENERAL ORDER 224 |
| DEFENDANT(S). | |

Pursuant to Section 3.1 of General Order 224,

IT IS HEREBY ORDERED that the above-entitled action be transferred to the calendar of <u>Senior Judge</u> <u>MARIANA R. PFAELZER</u> for all further proceedings.

Dated: _January 11, 2007_

Senior Judge Mariana R. Pfaelzer
United States District Court

Dated: ___January 10, 2007___

Judge Gary Allen Feess
United States District Court

NOTICE TO COUNSEL FROM CLERK:

On all documents subsequently filed in this case, please substitute the initials _MRP_ after the case number, so that the case numbers will read _CV 06-8183-MRP_. This is very important because documents are routed to the assigned Judge by means of these initials.

G-6 (6/98)          ORDER TRANSFERRING ACTION UNDER SECTION 3.1 OF GENERAL ORDER 224
ENTERED ON CM _1/11/07_

# EXHIBIT 4

Case 2:06-cv-07964-MRP-JC    Document 10    Filed 01/17/2007    Page 1 of 1

ORIGINAL    (1)

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 7 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Tomaino<br><br>Plaintiff(s),<br><br>v.<br><br>Nvidia Corporation, et al<br><br>Defendant(s). | **CASE NUMBER:**<br><br>CV 06-7964 R (VBKx)<br><br>**ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 224**<br>( Related Cases ) |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_January 16, 2007_                         _Mariana R. Pfaelzer_
            Date                                          United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____

_____          _____
            Date                                          United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____ CV 06-7803 MRP (JCx) _____ and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or
☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.   Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ Kenton _____ to Magistrate Judge _____ Chooljian _____.

On all documents subsequently filed in this case, please substitute the initials ___ MRP (JCx) ___ after the case number in place of the initials of the prior judge, so that the case number will read ___ CV 06-7964 MRP (JCx) ___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western  ☐ Southern  ☐ Eastern Division.

**Subsequent documents must be filed at the  ☑ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

# EXHIBIT 5

Case 2:06-cv-08117-MRP-JC    Document 22    Filed 01/17/2007    Page 1 of 1

ORIGINAL

FILED
CLERK, U S DISTRICT COURT

JAN 1 7 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Alan Holtzman | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 06-8117 DSF (VBKx) |
| v. | |
| Advanced Micro Devices, Inc., et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224** |
| Defendant(s). | **( Related Cases )** |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

January 16, 2007
_____
Date

Mariana R. Pfaelzer
_____
United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____        _____
Date                           United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case : ____CV 06-7803 MRP (JCx)____ and the present case:

☒ A.   Arise from the same or closely related transactions, happenings or events; or
☒ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.   Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge_____Kenton_____ to Magistrate Judge_____Chooljian_____.

On all documents subsequently filed in this case, please substitute the initials ___MRP (JCx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 06-8117 MRP (JCx)___. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western  ☐ Southern  ☐ Eastern Division.

**Subsequent documents must be filed at the ☒ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

22

CV-34 (07/05)            ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases )

ENTERED ON CM ___1/17/07___

# EXHIBIT 6

(JCx), DISCOVERY, RELATED-G

## U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:06-cv-07954-MRP-JC

Clark v. Nvidia Corporation et al
Assigned to: Judge Mariana R. Pfaelzer
Referred to: Magistrate Judge Jacqueline Chooljian
Lead case: 2:06-cv-07803-MRP-JC   (View Member Cases)
Cause: 15:0001 Antitrust Litigation

Date Filed: 12/14/2006
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

### Plaintiff

**Woodrow Clark, II**
*on behalf of himself and all others*
*similarly situated*

represented by **Brian Barry**
Brian Barry Law Offices
1801 Avenue of the Stars, Ste 307
Los Angeles, CA 90067
310-788-0831
Email: bribarry1@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall R Renick**
Randall R Renick Law Offices
128 N Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
626-585-9608
Fax: 626-585-9610
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Nvidia Corporation**

represented by **James J Donato**
Cooley Godward Kronish
101 California Street, 5th Floor
San Francisco, CA 94111
415-693-2000
Email: jdonato@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C Neal**
Cooley Godward Kronish
101 California Street, 5th Floor
San Francisco, CA 94111
415-693-2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| 12/27/2006 | 5 | CERTIFICATION and NOTICE of Interested Parties filed by Defendant Advanced Micro Devices Inc. (shb, ) (Entered: 12/28/2006) |
| 12/27/2006 | 6 | NOTICE OF PETITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION filed by Defendants ATI Technologies Inc, Advanced Micro Devices Inc. (shb, ) (Entered: 12/28/2006) |
| 12/27/2006 | 7 | NOTICE of Related Case(s) filed by Defendants Nvidia Corporation, ATI Technologies Inc, Advanced Micro Devices Inc. Related Case(s): CV 06-7803 GAF, CV 06-7964 R, CV 06-8117 DSF (rn, ) (Entered: 12/28/2006) |
| 12/28/2006 | 9 | STIPULATION AND ORDER that the deadline for defendants Nvidia Corporation, ATI Technologies, Inc. and Advanced Micro Devices, Inc. to answer or otherwise respond to the complaint is extended to 30 days (1) after the order resolving the JPML motion, and (2) the filing and service of any subsequent consolidated complaint by Judge Dean D. Pregerson :(bp, ) (Entered: 01/11/2007) |
| 01/03/2007 | | PREPARED ORDER RE TRANSFER Pursuant to General Order 224 (Related Case) by Clerk; related to CV 06-7803 GAF (JCx). (rn, ) (Entered: 01/03/2007) |
| 01/10/2007 | 10 | MINUTE ORDER: (IN CHAMBERS); This action has been assigned to the calendar of Judge Dean D Pregerson. Counsel are encouraged to review the Central Districts website for additional information. The address is http://www.cacd.uscourts.gov. It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. Court hears motions only on Mondays at 10:00 by Judge Dean D. Pregerson Court Reporter: None Present. (ir, ) (Entered: 01/11/2007) |
| 01/17/2007 | | PLACED IN FILE - NOT USED re Order re transfer Pursuant to General Order 224 - Low number case transferred to Judge Pfaelzer (rn, ) (Entered: 01/17/2007) |
| 01/17/2007 | | PREPARED ORDER RE TRANSFER Pursuant to General Order 224 (Related Case) by Clerk; related to CV 06-7803 MRP (JCx). (rn, ) (Entered: 01/17/2007) |
| 01/19/2007 | 11 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 -Related Case- filed. Related Case No: CV 06-7803 MRP (JCx). Case transferred from Judge Fernando M. Olguin and Dean D. Pregerson to Judge Mariana R. Pfaelzer and Jacqueline Chooljian for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 06-7954 MRP (JCx).Signed by Judge Mariana R. Pfaelzer (rn, ) (Entered: 01/19/2007) |
| 01/19/2007 | | Cases associated with Lead Case CV 06-7803 MRP (JCx) (rn, ) (Entered: 01/19/2007) |

## PACER Service Center

### Transaction Receipt

01/19/2007 11:35:44

| PACER Login: | ff0078 | Client Code: | 1498++++++++++++++++++++++++++++++ |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:06-cv-07954-MRP-JC |

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | ) ) ) ) ) ) | **MDL No. 1826** |

## CERTIFICATE OF SERVICE

I, Jon T. King, hereby certify that a true and correct copy of the following

documents was served on the date below via U.S. Mail on the parties listed on the attached

Panel Attorney Service List and supplemental service list:

- Plaintiffs Henry Truong, Trong Nguyen, Judd Eliasoph, and Stephanie Truong's Reply Memorandum in Support of Motion for Transfer and Consolidation of Related Antitrust Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407

- Cover letter from Jon King to Panel Clerk

Dated:  January 19, 2007

Respectfully submitted,

Jon T. King
FURTH LEHMANN & GRANT LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone:  (415) 433-2070
Facsimile:  (415) 982-2076

Attorneys for Certain Northern District of
California Plaintiffs

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Docket: 1826 - In re Graphics Processing Units Antitrust Litigation
Status: Pending on / /
Transferee District:       Judge:

Printed on 12/26/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Donato, James<br>Cooley, Godward, Kronish, LLP<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111 | => **Phone: (415) 693-2000  Fax: (415) 693-2222**<br>Nvidia Corp.* |
| Lehmann, Michael P.<br>Furth Lehmann & Grant, LLP<br>225 Bush Street<br>15th Floor<br>San Francisco, CA 94104-4249 | => **Phone: (415) 433-2070  Fax: (415) 982-2076**<br>Eliasoph, Judd*; Nguyen, Trong*; Truong, Stephanie*; Truong, Henry* |
| Lovell, Christopher<br>Lovell, Stewart & Halebian, LLP<br>500 Fifth Avenue<br>58th Floor<br>New York, NY 10110 | => **Phone: (212) 608-1900  Fax: (212) 719-4677**<br>Aldrich, Rhonda*; Austin, Justus* |
| Warshaw, Daniel L.<br>Pearson, Soter, Warshaw & Penny, LLP<br>15165 Ventura Boulevard<br>Suite 400<br>Sherman Oaks, CA 91403 | => **Phone: (818) 788-8300  Fax: (818) 788-8104**<br>Schindelheim, Bryan* |
| Zwisler, Margaret M.<br>Latham & Watkins, LLP<br>555 Eleventh Street, N.W.<br>Suite 1000<br>Washington, DC 20004 | => **Phone: (202) 637-2200  Fax: (202) 637-2201**<br>Advanced Micro Devices, Inc.*; ATI Technologies, Inc.* |

In Re Graphics Processing Units Antitrust Litigation
MDL No. 1826
Supplemental Service List as of January 19, 2007

## *PLAINTIFFS*

| | |
|---|---|
| Michael D. Hausfeld<br>Charles E. Tompkins<br>Andrew B. Bullion<br>Hilary K. Ratway<br>COHEN, MILSTEIN, HAUSFELD &<br>TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>**Counsel for Plaintiffs Henry Truong,<br>Trong Nguyen, Judd Eliasoph, Stephanie<br>Truong, and Daniel Perkel** | Robert C. Schubert<br>Juden Justice Reed<br>Willem F. Jonckheer<br>SCHUBERT & REED LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>**Counsel for Plaintiffs Rhonda Aldrich,<br>Justus Austin, Vincent Andella, and Elie<br>Mizrahi** |
| Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP &<br>PRESCOTT<br>2280 Union Street<br>San Francisco, CA 94123<br>**Counsel for Plaintiff Karol Juskiewicz** | Joseph M. Patane<br>LAW OFFICES OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA 94123<br>**Counsel for Plaintiff Karol Juskiewicz** |
| Lawrence G. Papale<br>LAW OFFICES OF LAWRENCE G.<br>PAPALE<br>1308 Main Street #117<br>St. Helena, CA 94574<br>**Counsel for Plaintiff Karol Juskiewicz** | James R. Malone, Jr.<br>Michael D. Gottsch<br>Joseph G. Sauder<br>Benjamin F. Johns<br>CHIMICLES & TIKELLIS LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>**Counsel for Plaintiff Kathryn Saunders** |
| Andrew J. Ogilvie<br>KEMNITZER ANDERSON BARRON &<br>OGILVIE LLP<br>445 Bush Street, 6th Floor<br>San Francisco, CA 94108<br>**Counsel for Plaintiff Kathryn Saunders** | Brian Barry<br>LAW OFFICES OF BRIAN BARRY<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067<br>**Counsel for Plaintiff Woodrow Clark** |
| Randy R. Renick<br>THE LAW OFFICES OF RANDY<br>RENICK<br>128 North Fair Oaks Avenue<br>Pasadena, CA 91103<br>**Counsel for Plaintiff Woodrow Clark** | Christine P. Bartholomew<br>FINKELSTEIN THOMPSON LLP<br>601 Montgomery Street, Suite 665<br>San Francisco, CA 94111<br>**Counsel for Plaintiff Jennifer Tomaino** |

| | |
|---|---|
| Mila F. Bartos<br>Richard M. Volin<br>Michael G. McLellan<br>FINKELSTEIN THOMPSON LLP<br>1050 30th St., N.W.<br>Washington, DC 20007<br>**Counsel for Plaintiff Jennifer Tomaino** | Kenneth G. Gilman<br>David Pastor<br>Daniel D'Angelo<br>GILMAN & PASTOR, LLP<br>225 Franklin Street, 16th Floor<br>Boston, MA 02110<br>**Counsel for Plaintiffs Vincent Andella and James Matson** |
| Arthur L. Shingler III<br>SCOTT & SCOTT, LLC<br>Wells Fargo Building<br>401 B Street, Suite 307<br>San Diego, CA 92101<br>**Counsel for Plaintiff Brett M. Johnson** | Dennis J. Johnson<br>JOHNSON & PERKINSON<br>1690 Williston Road<br>P.O. Box 2305<br>South Burlington, VT 05403<br>**Counsel for Plaintiff Brett M. Johnson** |
| Elaine T. Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>**Counsel for Plaintiff Alan Holtzman** | Steve W. Berman<br>Anthony D. Shapiro<br>George W. Sampson<br>Ronnie Spiegel<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>**Counsel for Plaintiff Alan Holtzman** |
| Robert N. Kaplan<br>Richard J. Kilsheimer<br>Jason A. Zweig<br>KAPLAN FOX & KILSHEIMER, LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>**Counsel for Plaintiff Alan Holtzman** | Gary L. Specks<br>KAPLAN FOX & KILSHEIMER, LLP<br>423 Sumac Road<br>Highland Park, IL 60035<br>**Counsel for Plaintiff Alan Holtzman** |
| Lori Brody<br>KAPLAN FOX & KILSHEIMER, LLP<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>**Counsel for Plaintiff Alan Holtzman** | Ted A. Donner<br>DONNER & COMPANY LAW OFFICES LLC<br>203 North LaSalle Street, Suite 2100<br>Chicago, IL 60601<br>**Counsel for Plaintiff Alan Holtzman** |
| Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>SAVERI & SAVERI INC.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>**Counsel for Plaintiff Alan Holtzman** | Frank Jablonski<br>Noah Golden-Krasner<br>PROGRESSIVE LAW GROUP, LLC<br>354 West Main Street<br>Madison, WI 53703<br>**Counsel for Plaintiff Scott Martin** |
| Ilan J. Chorowsky<br>PROGRESSIVE LAW GROUP, LLC<br>1130 North Dearborn Street, Suite 3110<br>Chicago, IL 60610<br>**Counsel for Plaintiff Scott Martin** | Daniel R. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br>**Counsel for Plaintiff Scott Martin** |

| | |
|---|---|
| Krishna B. Narine<br>LAW OFFICES OF KRISHNA B.<br>NARINE<br>7893 Montgomery Avenue, Suite 300<br>Elkins Park, PA 19027<br>**Counsel for Plaintiff Scott Martin** | Isaac L. Diel<br>SHARP MCQUEEN<br>6900 College Boulevard, Suite 285<br>Shawnee Mission, KS 66211<br>**Counsel for Plaintiff Scott Martin** |
| Gordon Ball<br>BALL & SCOTT<br>Suite 601, 550 Main Avenue<br>Knoxville, TN 37902<br>**Counsel for Plaintiff Scott Martin** | Michael D. Braun<br>BRAUN LAW GROUP, P.C.<br>12400 Wilshire Boulevard, Suite 920<br>Los Angeles, CA 90025<br>**Counsel for Plaintiff Paul Smith** |
| Francis O. Scarpulla<br>Craig C. Corbitt<br>Judith A. Zahid<br>Christopher T. Micheletti<br>Demetrius X. Lambrinos<br>Matthew R. Schultz<br>ZELLE, HOFMANN, VOELBEL,<br>MASON & GETTE LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>**Counsel for Plaintiff Chad Klebs** | Patrick J. Coughlin<br>Christopher M. Burke<br>Elisabeth A. Bowman<br>LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>**Counsel for Plaintiffs Joseph Clofine,**<br>**Heather Daughtrey, Ronald Herold,**<br>**Marilyn Nasta, and Merle Carey** |
| Mary Jane Edelstein Fait<br>Wolf Haldenstein Adler Freeman & Herz<br>LLC<br>55 West Monroe Street, Suite 1111<br>Chicago, IL 60603<br>**Counsel for Plaintiffs Joseph Clofine,**<br>**Heather Daughtrey, Ronald Herold,**<br>**Marilyn Nasta, and Merle Carey** | Ronald B. Kowalczyk<br>Kowalczyk Law Offices, P.C.<br>215 Campbell Street<br>Geneva, IL 60134<br>**Counsel for Plaintiffs Joseph Clofine,**<br>**Heather Daughtrey, Ronald Herold,**<br>**Marilyn Nasta, and Merle Carey** |
| Eric Somers<br>Mark Todzo<br>LEXINGTON LAW GROUP, LLP<br>1627 Irving Street<br>San Francisco, CA 94122<br>**Counsel for Plaintiffs Joseph Clofine,**<br>**Heather Daughtrey, Ronald Herold,**<br>**Marilyn Nasta, and Merle Carey** | Kirk B. Hulett<br>Blake Muir Harper<br>Randall R. Sjoblom<br>HULETT HARPER STEWART LLP<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>**Counsel for Plaintiff Roy Jacobs** |
| Nancy Kaboolian<br>ABBEY SPANIER RODD ABRAMS &<br>PARADIS LLP<br>212 East 39th Street<br>New York, NY 10016<br>**Counsel for Plaintiff Roy Jacobs** | Laurence D. Paskowitz<br>THE PASKOWITZ LAW FIRM PC<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>**Counsel for Plaintiff Roy Jacobs** |

## DEFENDANTS

| | |
|---|---|
| Charles H. Samel<br>Jennifer A. Carmassi<br>LATHAM & WATKINS LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071<br>**Counsel for Defendants ATI**<br>**Technologies, Inc. and Advanced Micro**<br>**Devices, Inc.** | |

## COURTS

| | |
|---|---|
| Clerk of Court<br>U.S. District Court, Northern District of<br>California<br>450 Golden Gate Avenue – 16th Floor<br>San Francisco, CA 94102 | Clerk of Court<br>U.S. District Court, Northern District of<br>California<br>1301 Clay Street, Suite 400 S<br>Oakland, CA 94612 |
| Clerk of Court<br>U.S. District Court, Central District of<br>California<br>312 N. Spring Street<br>Los Angeles, CA 90012 | Clerk of Court<br>U.S. District Court, District of<br>Massachusetts<br>1 Courthouse Way<br>Boston, MA 02210 |
| Clerk of Court<br>U.S. District Court, Western District of<br>Wisconsin<br>20 North Henry Street, Room 320<br>P.O. Box 432<br>Madison, WI 53701-0432 | |