# LOCKRIDGE GRINDAL NAUEN
## P.L.L.P.
### ATTORNEYS AT LAW

SUITE 2200

100 WASHINGTON AVENUE SOUTH

MINNEAPOLIS, MINNESOTA 55401-2179

TELEPHONE (612) 339-6900

FACSIMILE (612) 339-0981

SUITE 210

415 SECOND STREET, N.E.

WASHINGTON, D.C. 20002-4900

TELEPHONE (202) 544-9840

FACSIMILE (202) 544-9850

WWW.LOCKLAW.COM

ROBERT J. SCHMIT
RICHARD A. LOCKRIDGE
CHARLES N. NAUEN*
W. THEODORE GRINDAL
W. JOSEPH BRUCKNER
CHRISTOPHER K. SANDBERG
J. MICHAEL SCHWARTZ
BERT BLACK**
HARRY E. GALLAHER
WILLIAM A. GENGLER
ERIC C. TOSTRUD*
ROBERT K. SHELQUIST
HENRI G. MINETTE
GREGG M. FISHBEIN
SUSAN E. ELLINGSTAD
KAREN HANSON RIEBEL
HEIDI M. SILTON
GREGORY J. MYERS

OF COUNSEL
  DANIEL A. FARBER***
  ELIZABETH A. SNELSON
  BRADLEY W. ANDERSON
  PATRICIA A. BLOODGOOD*

*ALSO ADMITTED IN WISCONSIN
**ALSO ADMITTED IN TEXAS
***ADMITTED IN WASHINGTON, D.C. ONLY

YVONNE M. FLAHERTY
DARLA JO BOGGS
LISA M. POLLARD****
DAVID J. ZOLL
NATHAN D. PROSSER
ELIZABETH R. ODETTE
DAVID W. ASP
R. REID LEBEAU II
CARMEN B. COPHER
SARAH M. RUSSELL

****ADMITTED IN NEW YORK ONLY

GOVERNMENT RELATIONS†
  DENNIS M. MCGRANN
  KATHLEEN K. MICHELETTI
  DOUG D. STANG
  ALLYSON J. HARTLE
  REBECCA K. KLETT
  MATTHEW S. SCHAFER
  ALAYNE M. FAIR
  BRIAN M. WILLIAMS
  MEGAN G. HELGE
  EMILY J. GEHRMAN

† NON-ATTORNEY LOBBYISTS

February 23, 2007

Sarah Allison Thornton, Clerk of Court
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:    **In re Graphic Processing Units (GPU) Antitrust Litigation**
       **MDL Docket No. 1826**
       1. *Matson v. NVIDIA Corp. et al.*; Case No. 1:06-CV-12286-DPW (Mass.),
          Judge Douglas P. Woodlock, (filed December 22, 2006);
       2. *Lueckel v. NVIDIA Corp. et al.*; Case No. 1:07-CV-10300-WGY (Mass.),
          Judge William G. Young, (filed February 16, 2007).

Dear Clerk of Court:

    In connection with each of the above-referenced matters, enclosed for filing please find
the following:

    1.    Interested Party Response of Plaintiff Scott Erickson, In Support of Motion of
          Plaintiffs Henry Truong, Tron Nguyen, Judd Eliasoph, and Stephanie Truong's for
          Transfer and Consolidation of Related Antitrust Actions In The Northern District
          of California Pursuant to 28 U.S.C. § 1407;
    2.    Schedule of Pending Actions; and
    3.    Certificate of Service.

366916-1

Sarah Allison Thornton, Clerk of Court
United States District Court
District of Massachusetts
February 23, 2007
Page 2


        Thank you for your attention to this matter, and if you have any questions please contact my office.

                                Sincerely,

                                LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                W. Joseph Bruckner

WJB/smg
Enclosures

cc:     All parties of record

366916-1