AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

JAMES MATSON, on behalf of himself
and all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06 CA 12286 DPW

NVIDIA CORPORATION, ATI TECHNOLOGIES, INC.,
and ADVANCED MICRO DEVICES, INC.

TO: (Name and address of defendant)

c/o CT Corporation, Registered Agent for
NVIDIA Corporation
101 Federal Street
Boston, MA  02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel D'Angelo, Esquire
Gilman and Pastor, LLP
225 Franklin Street, 16th Floor
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

BY) DEPUTY CLERK

MARCH 2, 2007

# RETURN OF SERVICE

*I this day summoned the within named* NVIDIA
C/O CT CORP.

*to appear as within directed by delivering to*   LINDSEY BERDAN, RECEPTIONIST, 9:45 AM.
ADDRESS CORRECTION.

__X__   *in hand*

*No.*   155 FEDERAL STREET
*in the*  BOSTON   *District of said*  SUFFOLK   *County an attested copy of the SUMMONS AND COMPLAINT*

*Service and travel*   28

*it being necessary I actually used a motor vehicle in the distance of* 10 *miles in the service of this process*

*Joseph Fallon*
Process Server

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF Massachusetts _____

JAMES MATSON, on behalf of himself
and all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   06 CA 12286 DPW

NVIDIA CORPORATION, ATI TECHNOLOGIES, INC.:
and ADVANCED MICRO DEVICES, INC.,

TO: (Name and address of defendant)

    c/o CT Corporation, Registered Agent for
    Advanced Micro Devices, Inc.
    101 Federal Street
    Boston, MA   02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Daniel D'Angelo, Esquire
    Gilman and Pastor, LLP
    225 Franklin Street, 16th Floor
    Boston, MA   02110

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

MARCH 2, 2007

## RETURN OF SERVICE

*I this day summoned the within named* ADVANCED MICRO DEVICES
C/O CT CORP.

*to appear as within directed by delivering to* LINDSEY BERDAN, RECEPTIONIST, 9:45 AM.
ADDRESS CORRECTION.

**X**   *in hand*

*No.*   155 FEDERAL STREET
*in the* BOSTON        *District of said* SUFFOLK        *County an attested*
*copy of the* SUMMONS AND COMPLAINT

*Service and travel*        28

*it being necessary I actually used a
motor vehicle in the distance of*
10   *miles in the service of
this process*

Joseph Fallon
Process Server