# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

May 14, 2007

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1826 -- In re Graphics Processing Units Antitrust Litigation

(See Attached CTO-1)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 26, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Thompson
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Charles R. Breyer
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 26 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1826

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On April 18, 2007, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William H. Alsup.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Alsup.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 18, 2007, and, with the consent of that court, assigned to the Honorable William H. Alsup.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 14 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1826
## IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 07-214 | Robert S. Harmon v. Nvidia Corp., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-7954 | Woodrow Clark v. Nvidia Corp., et al. |
| CAC 2 06-7964 | Jennifer Tomaino v. Nvidia Corp., et al. |
| CAC 2 06-8117 | Alan Holtzman v. Advanced Micro Devices, Inc., et al. |
| CAC 2 06-8183 | Paul Smith v. Nvidia Corp., et al. |
| CAC 2 07-192 | Chad Klebs v. Nvidia Corp., et al. |
| CAC 2 07-737 | Yury Furman v. Nvidia Corp., et al. |
| CAC 2 07-919 | Joseph Peirano v. Nvidia Corp., et al. |
| CAC 2 07-1927 | Thomas Y. Huh v. Nvidia Corp., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 07-439 | Rebecca Bly v. Nvidia Corp., et al. |
| **KANSAS** | |
| KS 2 07-2067 | Scott Redpath v. Nvidia Corp., et al. |
| KS 2 07-2106 | Kou Srimoungchanh v. Nvidia Corp., et al. |
| **MASSACHUSETTS** | |
| MA 1 06-12286 | James Matson v. Nvidia Corp., et al. |
| MA 1 07-10300 | Stephanie Lueckel v. Nvidia Corp., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 07-1016 | Zhi Yuan Chiu v. Nvidia Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 2 07-822 | Julie Cook v. Nvidia Corp., et al. |
| SC 3 07-424 | Lee R. Chamberlain v. Nvidia Corp., et al. |
| **SOUTH DAKOTA** | |
| SD 5 07-5019 | Christopher C. Crawford v. Nvidia Corp., et al. |
| **TENNESSEE EASTERN** | |
| TNE 2 07-50 | Tabbatha Benson, et al. v. Nvidia Corp., et al. |
| **VERMONT** | |
| VT 2 07-32 | Allen Nassiff v. Nvidia Corp., et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 06-755 | Scott Martin v. Nvidia Corp., et al. |