CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:06-cv-12286-DPW

| | |
|---|---|
| Matson v. NVIDIA Corporation, ATI Technologies Inc, Advanced Micro Devices, Inc | Date Filed: 12/22/2006 |
| Assigned to: Judge Douglas P. Woodlock | Date Terminated: 07/03/2007 |
| Cause: 28:1331 Fed. Question | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**James Matson**
*on behalf of himself and all others similarly situated*

represented by **Daniel D'Angelo**
Gilman and Pastor, LLP
60 State Street
37th Floor
Boston, MA 02109
617-742-9700
Fax: 617-742-9701
Email: Ddangelo@gilmanpastor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth G. Gilman**
Gilman and Pastor, LLP
225 Franklin Street
16th Floor
Boston, MA 02110
617-742-9700
Fax: 617-742-9701
Email: kgilman@gilmanpastor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NVIDIA Corporation**

represented by **Sarah P. Kelly**
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
617-439-2461
Fax: 617-310-9461
Email: skelly@nutter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ATI Technologies Inc**

**Defendant**

**Advanced Micro Devices, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2006 | 1 | COMPLAINT against NVIDIA Corporation, ATI Technologies Inc, Advanced Micro Devices, Inc. Filing fee: $ 350, receipt number 77194, filed by James Matson. (Attachments: # 1 Civil Cover Sheet)(Nici, Richard) (Entered: 12/22/2006) |
| 12/22/2006 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Nici, Richard) (Entered: 12/22/2006) |
| 12/22/2006 |  | Summons Issued as to NVIDIA Corporation, ATI Technologies Inc, Advanced Micro Devices, Inc.. (Nici, Richard) (Entered: 12/22/2006) |
| 12/22/2006 |  | Judge Douglas P. Woodlock : Electronic ORDER entered. ELECTRONIC ORDER REQUIRING ELECTRONIC FILING. It is hereby ORDERED that, unless leave is granted, upon good cause shown, to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately(Nici, Richard). (Entered: 12/22/2006) |
| 01/19/2007 | 2 | Assented to MOTION for Extension of Time to 30 Days after the order resolving JPML Motion and filing and service of any subsequent consolidated complaint to Respond to Complaint by NVIDIA Corporation.(Kelly, Sarah) (Entered: 01/19/2007) |
| 01/19/2007 | 3 | CORPORATE DISCLOSURE STATEMENT by NVIDIA Corporation. (Kelly, Sarah) (Entered: 01/19/2007) |
| 01/22/2007 | 4 | Letter/request (non-motion) from Jon T. King. (Attachments: # 1 Exhibit) (Nici, Richard) (Entered: 01/23/2007) |
| 03/05/2007 | 5 | Letter/request (non-motion) from W.J. Bruckner. (Nici, Richard) (Entered: 03/06/2007) |
| 03/09/2007 | 6 | SUMMONS Returned Executed NVIDIA Corporation served on |

|  |  | 3/2/2007, answer due 3/22/2007; Advanced Micro Devices, Inc. served on 3/2/2007, answer due 3/22/2007. (Nici, Richard) (Entered: 03/09/2007) |
|---|---|---|
| 05/16/2007 | 7 | Copy of MDL Conditional Transfer Order number 1 in MDL Case 1826 received from the MDL Panel. (Jones, Sherry) (Entered: 05/16/2007) |
| 07/03/2007 | 8 | Letter/request (non-motion) from Rufino Santos. (Nici, Richard) (Entered: 07/03/2007) |
| 07/03/2007 |  | Case transferred to to District of Northern California;. Original file with documents numbered 1-8, certified copy of transfer order and docket sheet sent to Clerk in that district. (Nici, Richard) (Entered: 07/03/2007) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 07/06/2007 17:10:48 |||||
| **PACER Login:** | us4077 | **Client Code:** | | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-12286-DPW ||
| **Billable Pages:** | 2 | **Cost:** | 0.16 ||