1  Michael P. Lehmann (Cal. Bar No. 77152)
   COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
2  1 Embarcadero Center, Suite 2440
   San Francisco, CA 94111
3  Telephone:    (415) 229-2080
   Facsimile:    (415) 986-3643
4  E-mail:       mlehmann@cmht.com

5  Craig C. Corbitt (Cal. Bar No. 83251)
   Henry A. Cirillo (Cal. Bar No. 131527)
6  ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
   44 Montgomery Street, Suite 3400
7  San Francisco, CA 94104
   Telephone:    (415) 693-0700
8  Facsimile:    (415) 693-0770
   E-mail:       ccorbitt@zelle.com
9                hcirillo@zelle.com

10 *Counsel for Individual Indirect Purchaser
      Plaintiffs*

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | Case No. M:07-CV-01826-WHA |
| 15 | MDL No. 1826 |
| 16 | **STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS [FED. R. CIV. P. 41(a)(1)(A)(ii)]** |
| 17  This Document Relates to: | |
| 18  *Matson v. Nvidia Corporation, et al.*, No. 3:07-CV-03487-WHA | |
| 19 | Courtroom:  9 Hon. William H. Alsup |
| 20 | |

21  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

22              PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil

23  Procedure, Rule 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action

24  without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have

25  appeared," all parties who have appeared hereby stipulate to the voluntary dismissal with

26  prejudice of the Third Amended Consolidated Class Action Complaint, filed January 18, 2008

27  (Document No. 281), and all prior complaints filed in this action, with respect to plaintiffs

28

1   Advanced Technology Distributors, Inc., Vincent Andella, Justus Austin III, Michael Brooks,

2   Joseph Clofine, Christopher C. Crawford, Ron Davison, Judd Eliasoph, Kenneth Douglas

3   Erdmann, Scott Erickson, FME Architecture & Design, Good Sense Financial Services, Inc.,

4   Tim J. Hartshorn, Andrew Jay Heiting-Doane, Heidi Heitkamp, Inc., Jeff Hughes, Roy L.

5   Jacobs, Bret Johnson, Scott Martin, James Matson, Joseph Peirano, Dan Perkel, Angela

6   Roark, Joseph R. Salazar, Kathryn Saunders, Bryan Schindelheim, Paul Smith, Benjamin

7   Stewart, Robert Schuyler Watson, Cory Wiles, and Daniel Yohalem (collectively,

8   "Plaintiffs").

9

10  Dated:  September 10, 2008                Respectfully submitted,

11

12                                    By:  _____/s/ Fred A. Silva_____
                                          Fred A. Silva
13                                        DAMRELL, NELSON, SCHRIMP, PALLIOS,
                                               PACHER & SILVA
14                                        1601 I Street, Fifth Floor
                                          Modesto, CA 95354
15                                        Telephone:    (209) 526-3500
                                          Facsimile:    (209) 526-3534
16
                                          **Counsel for Plaintiff Advanced Technology**
17                                        **Distributors, Inc.**

18
                                      By:  _____/s/ Kenneth G. Gilman_____
19                                        Kenneth G. Gilman
                                          GILMAN & PASTOR, LLP
20                                        225 Franklin Street, 16th Floor
                                          Boston, MA 02110
21                                        Telephone:    (617) 742-9700
                                          Facsimile:    (617) 742-9701
22
                                          **Counsel for Plaintiffs Vincent Andella and**
23                                        **James Matson**

24

25

26

27

28
                                         -2-

1

By:     /s/ Christopher Lovell
Christopher Lovell

2
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58

3
New York, NY 10110
Telephone:     (212) 608-1900

4
Facsimile:     (212) 719-4677

5
*Counsel for Plaintiffs Justus Austin III and*
     *Paul Smith*

6

7
By:     /s/ Krishna B. Narine
Krishna B. Narine

8
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Avenue, Suite 300

9
Elkins Park, PA 19027
Telephone:     (215) 782-3240

10
Facsimile:     (215) 782-3241

11
*Counsel for Plaintiff Michael Brooks*

12

13
By:     /s/ Eric Somers
Eric Somers

14
LEXINGTON LAW GROUP, LLP
1627 Irving Street

15
San Francisco, CA 94122
Telephone:     (415) 759-4111
Facsimile:     (415) 759-4112

16

17
*Counsel for Plaintiff Joseph Clofine*

18
By:     /s/ Timothy D. Battin
Timothy D. Battin

19
STRAUS & BOIES, LLP
4041 University Drive, Fifth Floor

20
Fairfax, VA 22030
Telephone:     (703) 764-8700

21
Facsimile:     (703) 764-8704

22
*Counsel for Plaintiff Christopher C. Crawford*

23

24

25

26

27

28

-3-

1

By:     /s/ Richard L. Nelson
Richard L. Nelson

2
Attorney at Law
P.O. Box 3158

3
Jackson Hole, WY 83001
Telephone:     (307) 732-2180

4
Facsimile:     (307) 732-2181

5
*Counsel for Plaintiff Ron Davison*

6

By:     /s/ Craig C. Corbitt

7
Craig C. Corbitt
ZELLE, HOFMANN, VOELBEL,

8
    MASON & GETTE LLP
44 Montgomery St., Suite 3400

9
San Francisco, CA 94104
Telephone:     (415) 693-0700

10
Facsimile:     (415) 693-0770

11
*Counsel for Plaintiffs Judd Eliasoph and*

12
*    Joseph Peirano*

13
By:     /s/ Michael P. Lehmann
Michael P. Lehmann

14
COHEN, MILSTEIN, HAUSFELD & TOLL,
    P.L.L.C.

15
1 Embarcadero Center, Suite 2440
San Francisco, CA 94111

16
Telephone:     (415) 229-2080
Facsimile:     (415) 986-3643

17

18
*Counsel for Plaintiff Dan Perkel*

19
By:     /s/ Fred L. Potter
Fred L. Potter

20
SULLOWAY & HOLLIS, PLLC
9 Capitol Street

21
Concord, NH 03301
Telephone:     (603) 224-2341

22
Facsimile:     (603) 223-2999

23
*Counsel for Plaintiffs Kenneth Douglas*
*    Erdmann, Good Sense Financial Services,*

24
*    Inc., and Heidi Heitkamp, Inc.*

25

26

27

28

-4-

1

By:    /s/ W. Joseph Bruckner

2
W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue, Suite 2200

3
Minneapolis, MN 55402
Telephone:    (612) 339-6900

4
Facsimile:    (612) 339-0981

5
*Counsel for Plaintiff Scott Erickson*

6

7
By:    /s/ Tracy R. Kirkham

Tracy R. Kirkham
COOPER & KIRKHAM, P.C.

8
655 Montgomery Street, 17th Floor
San Francisco, CA 94111

9
Telephone:    (415) 788-3030
Facsimile:    (415) 882-7040

10

11
*Counsel for Plaintiff FME Architecture &*
*Design*

12

13
By:    /s/ Gene Summerlin

Gene Summerlin
OGBORN SUMMERLIN & OGBORN, P.C.

14
610 J Street, Suite 200
Lincoln, NE 68508

15
Telephone:    (402) 434-8040
Facsimile:    (402) 434-8044

16

17
*Counsel for Plaintiff Tim J. Hartshorn*

18
By:    /s/ Justin E. LaVan

Justin E. LaVan

19
LAMARCA & LANDRY, P.C.
1820 N.W. 118th Street, Suite 200

20
Des Moines, IA 50325
Telephone:    (515) 225-2600

21
Facsimile:    (515) 225-8581

22
*Counsel for Plaintiff Andrew Jay Heiting-*
*Doane*

23

24

25

26

27

28

-5-

1    By:    /s/ Michael G. Simon
2           Michael G. Simon
           FRANKOVITCH, ANETAKIS, COLANTONIO
             & SIMON
3           337 Penco Road
           Weirton, WV 26062
4           Telephone:    (304) 723-4400
           Facsimile:    (304) 723-5892
5
6           *Counsel for Plaintiff Jeff Hughes*

7    By:    /s/ Stephen T. Rodd
           Stephen T. Rodd
8           ABBEY SPANIER RODD ABRAMS &
             PARADIS LLP
9           212 East 39th Street
           New York, NY 10016
10          Telephone:    (212) 889-3700
           Facsimile:    (212) 684-5191
11
12          *Counsel for Plaintiff Roy L. Jacobs*

13   By:    /s/ W. Randolph Patton
           W. Randolph Patton
14          PATTON, SHEA & KIRALY, P.C.
           3016 West Charleston Boulevard, Suite 195
15          Las Vegas, NV 89102
           Telephone:    (702) 870-6790
16          Facsimile:    (702) 870-7490
17
           *Counsel for Plaintiff Bret Johnson*
18
     By:    /s/ Ilan J. Chorowsky
19          Ilan J. Chorowsky
           PROGRESSIVE LAW GROUP, LLC
20          1130 North Dearborn Street, Suite 3110
           Chicago, IL 60610
21          Telephone:    (312) 643-5893
           Facsimile:    (312) 643-5894
22
           *Counsel for Plaintiff Scott Martin*
23
24
25
26
27
28
-6-
STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-03487-WHA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:     /s/ William C. Wright
William C. Wright
THE LAW OFFICE OF WILLIAM C.
    WRIGHT, P.A.
319 Clematis Street, Suite 902
West Palm Beach, FL 33401
Telephone:     (561) 514-0904
Facsimile:     (561) 514-0905

*Counsel for Plaintiff Angela Roark*


By:     /s/ Adam C. Belsky
Adam C. Belsky
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone:     (415) 544-0200
Facsimile:     (415) 544-0201

*Counsel for Plaintiffs Joseph R. Salazar,*
    *Benjamin Stewart, and Daniel Yohalem*


By:     /s/ Joseph G. Sauder
Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone:     (610) 642-8500
Facsimile:     (610) 649-3633

*Counsel for Plaintiff Kathryn Saunders*


By:     /s/ Daniel L. Warshaw
Daniel L. Warshaw
PEARSON, SIMON, SOTER, WARSHAW &
    PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:     (818) 788-8300
Facsimile:     (818) 788-8104

*Counsel for Plaintiff Bryan Schindelheim*

STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)] – Case No. 3:07-CV-03487-WHA

1      By:    /s/ Dennis J. Johnson
              Dennis J. Johnson
2             JOHNSON & PERKINSON
              1690 Williston Road
3             P.O. Box 2305
              South Burlington, VT 05403
4             Telephone:    (802) 862-0030
              Facsimile:    (802) 862-0060
5
6             **Counsel for Plaintiff Robert Schuyler Watson**

7      By:    /s/ B.J. Wade
              B.J. Wade
8             GLASSMAN, EDWARDS, WADE AND
                  WYATT, P.C.
9             26 North Second Street Building
              Memphis, TN 38103
10            Telephone:    (901) 527-4673
              Facsimile:    (901) 521-0940
11
12            **Counsel for Plaintiff Cory Wiles**

13

14     Dated: September 10, 2008    By:    /s/ John C. Dwyer
                                           John C. Dwyer
15                                         James Donato
                                           Whitty Somvichian
16                                         COOLEY GODWARD KRONISH LLP
                                           101 California St., 5th Floor
17                                         San Francisco, CA 94111-5800
                                           Telephone:    (415) 693-2000
18                                         Facsimile:    (415) 693-2222

19                                         **Counsel for Defendant NVIDIA Corporation**

20

21     Dated: September 10, 2008    By:    /s/ Margaret M. Zwisler
                                           Margaret M. Zwisler
22                                         Eric J. McCarthy
                                           Amanda P. Reeves
23                                         LATHAM & WATKINS LLP
                                           555 Eleventh Street, N.W. Suite 1000
24                                         Washington, DC 20004-1304
                                           Telephone:    (202) 637-2200
25                                         Facsimile:    (202) 637-2201

26

27

28
                                    -8-

Charles H. Samel
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone:     (213) 485-1234
Facsimile:     (213) 891-8763

***Counsel for Defendants ATI Technologies
ULC, Advanced Micro Devices, Inc., AMD US
Finance, Inc., and 1252986 Alberta ULC***

## ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  September 10, 2008

By:  ___/s/ Henry A. Cirillo_____
          Henry A. Cirillo

STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS
[FED. R. CIV. P. 41(a)(1)(A)(ii)]  – Case No. 3:07-CV-03487-WHA

**CERTIFICATE OF SERVICE**

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP, located at 44 Montgomery Street, Suite 3400, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1.   STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL INDIRECT PURCHASER PLAINTIFFS [FED. R. CIV. P. 41(a)(1)(A)(ii)]; and

2.   CERTIFICATE OF SERVICE.

☑   **By Electronic Filing**:  I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

Executed on September 15, 2008 at San Francisco, California.

Signed /s/   Robert L. Newman